L. D. WORSHAM, THEODORE MICHEL and GEORGE S. NICHOLS, as Trustees, under a Certain Trust Agreement Entered into on August 5th, 1933, between FIRST NATIONAL BANK IN HIGHLAND FALLS, HIGHLAND FALLS, NEW YORK, and L. D. WORSHAM, THEODORE MICHEL and GEORGE S. NICHOLS, as Trustees on Behalf of Themselves and All Other Stockholders Similarly Situated and on Behalf of BALD ROCK VILLA, INC., Appellants, v. BALD ROCK VILLA, INC., JACOB L. HICKS, THEODORE J. HICKS, FRANCES G. HICKS, HOMER F. WETZ, LUCILLE M. HICKS and CENTRAL HANOVER BANK & TRUST COMPANY, Respondents, and Others, Defendants.— Judgment awarding defendant-respondent Central Hanover Bank and Trust Company damages upon its cross-claim against the defendant-respondent Bald Rock Villa, Inc., in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

ISABELLE ZIMMERMAN, Appellant, v. NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Respondent.— In an action to recover upon a policy of life insurance which had lapsed for non-payment of premium, judgment in favor of defendant and order denying plaintiff's motion for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

## (June 30, 1937.)

In the Matter of the Application of FRED D. CUNNINGHAM for Admission to Practice as an Attorney and Counselor at Law. (From the State of Indiana.) — Application granted. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of the Application of AXEL B. GRAVEM for Admission to Practice as an Attorney and Counselor at Law. (From the State of Illinois.) — Application granted. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.